# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **HUNTER ANTON OLSON**, <br><br> Defendant. | Case No. CR-21-85-GF-BMM-1 <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 90 DAY EXTENSION OF JULY 13, 2022, SURRENDER DATE** |

Based upon the motion to extend the self-surrender date, (Doc. 23) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion for 90 Day Extension of July 13, 2022, Surrender Date is GRANTED. The surrender date of July 13, 2022, shall be vacated and reset to October 13, 2022.

DATED this 11th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court