# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br><br>HUNTER ANTON OLSON,<br><br>　　　　　Defendant. | CR-21-85-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 24, 2025. (Doc. 47.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 23, 2025 (Doc. 46.) The United States accused Hunter Olson (Olson) of violating the conditions of

his supervised release by: (1) failing to make restitution payments during February and March of 2025, and failing to make a full restitution payment in April of 2025; (2) failing to provide his probation officer with financial information by April 30, 2025, as requested; (3) opening three new lines of credit between December 2024 and February 2025, without the prior approval of his probation officer; and (4) failing to apply a check in the amount of $8,556.61 that he received upon his release from the Great Falls Pre-Release Center on June 5, 2025, to his outstanding court-ordered financial obligations . (Docs. 38 and 41.)

At the revocation hearing, Olson admitted he had violated the allegations 1-4 in the Petition. Olson was advised of his right to appeal and allocute before the undersigned. He waived those rights. (Doc. 46.)

Judge Johnston found that violation Olson admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of time served on Count 4, with 26 months of supervised release and time served on Count 14, with 26 months of supervised release to follow. (Doc. 47.)

The violations prove serious and warrant revocation of Olson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 47) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Hunter Anton Olson be sentenced for a term of custody of time served on Count 4 and Count 14, with 26 months of supervised release to follow for Count 4 and Count 14, to run concurrently.

DATED this 25th day of September 2025.


_____
Brian Morris, Chief District Judge
United States District Courts